**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**
**CHAPTER 13 PROCEEDING MEMO**

DATE: <u>April 23, 2012</u>

CASE NO. 11-12536BLS
CASE NAME: JOSEPH & VIRGINIA REED, JR.
DEBTOR'S COUNSEL: VIVIAN A. HOUGHTON, ESQUIRE

**CONFIRMATION:**
\_\_\_\_INTERIM           WAGE ORDER \_\_\_\_ 15TH \_\_\_\_
\_\_\_\_CONTINUED
\_\_\_\_FINAL
_____PLAN DATED
_____DOCKET NO

**(OBJECTIONS:)**
CONFIRMATION: MOVANT_____   W/D \_\_\_
              MOVANT_____   W/D \_\_\_
CLAIM # 10   CLAIMANT BSI Financial  W/D\_\_\_ ENTER ORDER\_\_\_
CLAIM # \_\_\_\_ CLAIMANT _____ W/D\_\_\_ ENTER ORDER\_\_\_
CONTINUED _____

**Withdrawn**

**MOTIONS:**
DISMISS: MOVANT _____     \_\_\_\_GRANTED
\_\_\_\_CONVERT                              \_\_\_\_WITHDRAWN
\_\_\_\_MORATORIUM                           \_\_\_\_CONTINUED FOR REVIEW
\_\_\_\_RECONSIDERATION                      \_\_\_\_COMPLETED
\_\_\_\_SEVER                                \_\_\_\_DENIED

CONTINUED_____

**ORDERS:**
\_\_\_\_TAX ORDER

\_\_\_\_PRE-CONFIRMATION

\_\_\_\_MATERIAL DEFAULT

MOVANT:_____
STATE_____      IRS_____
$ TRUSTEE _____     $ MORTGAGE _____
$ TRUSTEE _____     $ MORTGAGE _____

        + _____          + _____

DUE BY _____

STATUS OF PREVIOUS ORDER:           EXTENDED

**DISMISSALS:**
\_\_\_\_AT HEARING
\_\_\_\_PRIOR TO HEARING
\_\_\_\_CONTINUED TO SPECIAL HEARING

HEARING DATE _____