IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOSEPH L. REED, JR. | ) | Case No. 11-12536-BLS |
| VIRGINIA E. REED | ) | |
| | ) | Chapter 13 |
| Debtors | ) | |

## AMENDED ORDER GRANTING MOTION FOR APPROVAL OF LOAN MODIFICATION ENCUMBERING DEBTORS' REAL PROPERTY

IT IS SO ORDERED this 11th day of April, 2014, that the Motion for Approval of Loan Modification Encumbering Debtors Real Property located at 13 Hickman Road, Delaware, New Castle County, with Freedom Mortgage Corporation is granted. Debtor shall file a Motion to Modify Chapter 13 Plan within ten (10) days of the completion of the loan modification. Debtors shall provide the Trustee with proper documentation of the completion of the loan modification.

JUDGE